*Samuel Masia, Archibald Palmer* and *Henry H. Zolki* for appellants.

*Joseph M. Proskauer, John B. Doyle, Eugene Eisenmann* and *Arthur H. Deibert* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ. Taking no part: VAN VOORHIS, J.

AMERICAN STORE EQUIPMENT AND CONSTRUCTION CORPORATION, Appellant, *v.* BUFFALO MUNICIPAL HOUSING AUTHORITY, Respondent.

Argued January 13, 1954; decided February 25, 1954.

*David Diamond* and *Clyde W. Summers* for appellant.

*William B. Lawless, Jr., Corporation Counsel (Abraham I. Okun* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.